998

No. 85–5587.  JEMMOTT v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 85–5588.  MAYS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 85–5596.  ANDERSON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 85–5598.  HAKIM v. WOLVERINE PACKING CO. ET AL. C. A. 6th Cir.  Certiorari denied.

No. 85–5604.  CLARK v. SOUTH CAROLINA.  Sup. Ct. S. C. Certiorari denied.

No. 85–5631.  DAVIS v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 85–5632.  CARTER v. SPANIOL, CLERK OF THE UNITED STATES SUPREME COURT.  C. A. D. C. Cir.  Certiorari denied.

No. 85–5639.  GRANT v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 85–5644.  POLI v. MAZURKIEWICZ, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW.  C. A. 3d Cir.  Certiorari denied.

No. 84–6843.  SPAULDING v. HOLLAND, WARDEN.  Sup. Ct. App. W. Va.  Certiorari denied.  JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.

No. 85–56.  CONNOR v. UNITED STATES DEPARTMENT OF LABOR, BUREAU OF LABOR STATISTICS.  C. A. Fed. Cir.  Motion of petitioner to strike brief in opposition denied.  Certiorari denied.